UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HURTADO, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00531-TLN-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE; ORDER LIFTING STAY<br><br>ECF No. 26 |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On February 24, 2022, defendants filed a motion to opt out of the court's alternative dispute resolution program.

    Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 26, is granted, and the stay entered January 25, 2022, is lifted.

IT IS SO ORDERED.

Dated:   April 11, 2022

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE