IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DUPREE LAMONT ADKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**D. HURTADO, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00531-TLN-JDP (PC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPT OUT OF POST-SCREENING ADR PROJECT |

   Good cause appearing, Defendants' Request for an Extension of Time in which to opt out of the Post-Screening ADR Project is GRANTED. The last day to opt out of the settlement conference is now December 15, 2022.

IT IS SO ORDERED.

Dated:   November 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE