IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DuPREE LAMONT ADKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HURTADO, et al.,<br><br>　　　　　Defendants. | No. 2:21-CV-0531-TLN-JDP-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. A settlement conference is scheduled for January 24, 2023, at 9:00 a.m., before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by January 17, 2023. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

　　　　IT IS SO ORDERED.

Dated: January 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1