UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID HURTADO, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00531-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO FILE A REPLY AND DENYING PLAINTIFF'S MOTION TO SUBMIT A CONFIDENTIAL SETTLEMENT STATEMENT<br><br>ECF Nos. 50, 51, & 53<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>ECF No. 55 |

On October 20, 2022, I referred this matter to the post-screening alternative dispute resolution project and stayed the case for 120 days. ECF No. 48. During that time, plaintiff filed several motions. On January 24, 2023, Judge Cota held a settlement conference; the parties did not reach a settlement agreement. ECF No. 59. Accordingly, I will lift the stay and address the motions filed during that period.

Plaintiff has moved to compel discovery, and defendants have filed an opposition. ECF Nos. 42 & 49. Subsequently, plaintiff filed two motions seeking leave to file a reply to

1

defendants' opposition; those motions are granted. ECF Nos. 50 & 53. Plaintiff shall file a reply to defendants' opposition to his motion to compel within thirty days of entry of this order. Plaintiff additionally filed a request for permission to submit a confidential settlement statement. ECF No. 51. Pursuant to Judge Cota's order, ECF No. 56, parties are directed to submit their confidential settlement statements directly to chambers. Because the settlement conference has since occurred, ECF No. 59, and plaintiff submitted his confidential settlement statement to Judge Cota's chambers, ECF No. 60, plaintiff's motion is denied as moot. Finally, defendants are directed to file an opposition or statement of non-opposition to plaintiff's motion for preliminary injunction, ECF No. 55, within thirty days of entry of this order.

Accordingly, it is hereby ORDERED that:

1. The stay on this matter, instituted on October 20, 2022, ECF No. 48, is lifted.

2. Plaintiff's motions to file a reply to defendants' opposition to his motion to compel, ECF Nos. 50 & 53, are granted. Plaintiff shall file a reply within thirty days of entry of this order.

3. Plaintiff's motion to submit a confidential settlement statement, ECF No. 51, is denied as moot.

4. Defendants shall file an opposition or statement of non-opposition to plaintiff's motion for preliminary injunction, ECF No. 55, within thirty days of entry of this order.

IT IS SO ORDERED.

Dated:   February 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2