IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUPREE LAMONT ADKINS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. HURTADO, et al.,**<br><br>　　　　　　　　　Defendants. | Case No.  2:21-cv-00531-DJC-JDP (PC)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ECF NO. 66** |

　　Good cause appearing, Defendants' Request for an Extension of Time to File an Opposition to Plaintiff's Motion to Amend is GRANTED.  The opposition shall be filed and served on or before May 1, 2023.

IT IS SO ORDERED.

Dated:　April 5, 2023　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE