1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DUPREE LAMONT ADKINS,                      No.  2:21-cv-00531-DJC-JDP (PC)

12                Plaintiff,

13        v.                                     ORDER

14   DAVID HURTADO, et al.,

15                Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 1, 2023, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that

22   any objections to the findings and recommendations were to be filed within fourteen

23   days.  Neither party has filed objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to

25   be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS

26   HEREBY ORDERED that:

27   //

28   //

                                             1

1    1.  The findings and recommendations filed May 1, 2023, are adopted in full;

2  and

3    2.  Plaintiff's motion for preliminary injunctive relief, ECF No. 55, is denied.

IT IS SO ORDERED.

Dated:   **June 15, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2