UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID HURTADO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00531-DJC-JDP (PC)<br><br>ORDER |

On September 5, 2023, the court denied plaintiff's motion to amend. ECF No. 80. Accordingly, the case proceeds on plaintiff's second amended complaint. ECF No. 41. The court, on its own motion, modifies the April 12, 2022 discovery and scheduling order. ECF No. 30. The deadline for the completion of all discovery, including filing all motions to compel discovery, is January 5, 2024. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, shall be served not later than November 3, 2023. Dispositive motions shall be filed on or before April 5, 2024.

Accordingly, it is hereby ORDERED that:

1. The deadline for the completion of all discovery, including filing all motions to compel discovery, is January 5, 2024.

     2. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, shall be served not later than November 3, 2023.

     3. Dispositive motions shall be filed on or before April 5, 2024.

IT IS SO ORDERED.

Dated:   October 6, 2023                       /s/ Jeremy Peterson
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE