UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HURTADO, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00531-DJC-JDP (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF Nos. 86 & 87 |

Defendants move to modify the scheduling order by extending the deadline to file a motion to compel by thirty days. ECF No. 86. Plaintiff moves for a ten-day extension of time to file a reply to defendants' opposition to his motions to disqualify and for injunctive relief. ECF No. 87. Defendants do not oppose plaintiff's request. ECF No. 88. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 86, is granted.

2. Plaintiff is granted ten days from the date of this order to his reply.

3. Defendants' motion to modify the scheduling order, ECF No. 87, is granted.

4. The deadline for filing all motions to compel discovery is February 5, 2024. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:    January 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE