UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID HURTADO, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00531-DJC-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 101 |

　　　　Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment.  ECF No. 101.  Defendants filed a statement of non-opposition to plaintiff's motion.  ECF No. 102.  Good cause appearing, it is hereby ORDERED that:

　　　　1.  Plaintiff's motion for an extension of time, ECF No. 101, is granted.

　　　　2.  Plaintiff is granted until May 8, 2024, to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:　　May 2, 2024　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE