UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LAMONT ADKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID HURTADO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00531-DJC-JDP (PC)<br><br>**AMENDED ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 105<br><br>RESPONSE DUE MAY 21, 2024 |

　　　Plaintiff has filed a motion for an extension of time to file his opposition to defendants' motion for summary judgment. ECF No. 105. Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 105, is granted.

　　　2. Plaintiff is granted until May 21, 2024, to file an opposition to defendants' motion.

　　　3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:　May 15, 2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE